Gary **BERARD**, Respondent,

v.

**JOHNSON GREENLINE, INC. and John Deere Insurance Company, Relators.**

No. C4–88–908.

Supreme Court of Minnesota.

Sept. 2, 1988.

Gregg A. Johnson, St. Paul, for relators.

Larry J. Peterson, St. Paul, for respondent.

YETKA, Justice.

This is an appeal from a workers' compensation decision affirming an award of concurrent economic recovery compensation and temporary partial compensation at the temporary total rate. For the reasons stated in *Parson v. Holman Erection Company*, 428 N.W.2d 72 (Minn.1988), we reverse.

REVERSED.